UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05294-AH-MAAx | Date | October 5, 2026 |
| Title | *Autumn Nwapa-Jourdan v. Allied Collection Services of California, L.L.C. et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE (JS-6)**

On June 15, 2026, the Court issued an order giving Plaintiff and Defendant Experian Information Solutions, Inc. time to file a dismissal order as to Defendant Experian Information Solutions, Inc. by July 28, 2026, in light of the parties' settlement. *See* Dkt. No. 65. As of today, no dismissal order has been filed. It is therefore ordered that this action is hereby dismissed without prejudice as to Defendant Experian Information Solutions, Inc.

Because the action has been dismissed against all Defendants, this case is closed.

**IT IS SO ORDERED.**